627 A.2d 1125

MIDDLE EAST TRADING AND CONTRACTING ASSOCIATION, SARL, A LIMITED LIABILITY COMPANY OF LEBANON, TOUFIC AMYUNI, ANTOINE RIZK AND MICHELINE TADROS v. HASHIM AL HASHIM A/K/A, HASHIM AL HASHIM A/K/A, HASHIM ABDELRAHMAN AL HASHIM COMMERCIAL ESTABLISHMENT AND HAKMAT M. SULTANI.

February 4, 1993.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.